UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | 3:09-md-02100-DRH-PMF |
| | MDL No. 2100 |

**This Document Relates To:**

*Miranda Carrington v. Bayer Healthcare Pharmaceuticals, Inc., et al*  No.   3:12-cv-10295-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 20, 2012, this case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
**CLERK OF COURT**

BY:     /s/*Sara Jennings*
**Deputy Clerk**

Dated:  January 2, 2013

Digitally signed by David R. Herndon
Date: 2013.01.02 14:05:31 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT